DELAWARE HILL DEVELOPMENT COMPANY, INCORPORATED, Appellant, v. TUFFLEY BURNER CORPORATION, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDITH S. ROWE, Respondent, v. RAYMOND G. DENLER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch. Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of SARAH MICHAELS, an Incompetent Person.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH CAPITANO and Another, Respondents, v. JACOB TRZECIAK, Appellant. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DANIEL W. PECK, Respondent, v. ARTHUR J. KLIPFEL, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ENTERPRISE LUMBER COMPANY, INCORPORATED, Respondent, v. GEORGE ROY and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of EDWARD DEMPSTER BROWN, Deceased.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES I. DAVIS, Respondent, v. DAVID I. BRENNER and LOUIS BRENNER, Appellants.— Appeal taken by David I. Brenner dismissed, with costs. Appeal taken by Louis Brenner dismissed, unless appellant shall file and serve printed records and printed briefs by December fifteenth. Present — Sears, P. J., Crouch. Taylor, Edgcomb and Crosby, JJ.

CITY OF SYRACUSE, Respondent, v. DALE ENGINEERING COMPANY and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed briefs by November twenty-first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EVERETT L. BAKER, Respondent, v. EARL H. CROWDER and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PHILIP ARCARA, Respondent, v. MARIO MORESSE and Another, Appellants. ANTOINETTE ARCARA, Respondent, v. MARIO MORESSE and Another, Appellants. JOSEPHINE ARCARA, Respondent, v. MARIO MORESSE and Another, Appellants.— Orders conditionally dismissing appeals, entered July 1, 1930, vacated, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of EARL G. HARRIS, an Attorney and Counselor at Law.— Order of disbarment entered upon certificate of clerk of Erie County Court, showing that Earl G. Harris was convicted of the crime of grand larceny, second degree, on the 6th day of October, 1930, upon his plea of guilty. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.